IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02220-BNB

ROCHELLE DRIESSEN,

    Plaintiff,

v.

HOME LOAN STATE BANK,

    Defendant.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Ms. Driessen has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, as directed in the August 21, 2012 Order Directing Plaintiff to Cure Deficiencies.  However, the affidavit is incomplete. The affidavit submitted indicates that Plaintiff receives a monthly income of $1,492.00 and that her monthly expenses total $812.00, leaving a remainder of $680.00, which would allow her to pay the $350.00 filing fee.  However, because Plaintiff has not fully completed the section titled "Financial Obligations," the Court will give her one final opportunity to do so.  Accordingly, it is

    ORDERED that the Plaintiff cure the deficiency designated above **within twenty-one (21) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiff fails to submit an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **within thirty (30) days from the date of this order**, she will be denied leave to proceed *in forma pauperis* and will be ordered to pay the $350.00 filing fee if she wishes to pursue her claims in this action.

DATED September 4, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge