IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02220-MSK-KLM

ROCHELLE DRIESSEN,

    Plaintiff,

v.

HOME LOAN STATE BANK,

    Defendant.

## FINAL JUDGMENT

In accordance with all orders previously filed during the pendency of this case; including the Electronic Order filed on April 16, 2013 adopting the Recommendation issued by the Magistrate Judge to dismiss the case; and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

IT IS ORDERED that The Recommendation of Magistrate Judge Mix (**Doc. #39**) is **ADOPTED**. Plaintiff's case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b) and the case is closed. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day April, 2013.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward Butler
                        Edward Butler, Deputy Clerk